United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-51208
Conference Calendar

_____

RODOLFO RIVERA MUNOZ,

Plaintiff-Appellant,

versus

THE STATE OF TEXAS; THE STATE BAR OF TEXAS; PAT BOONE, Judge;
BEXAR COUNTY TEXAS; CARMEN ROJO; ALMA LOPEZ, The Honorable
Justice for the Fourth Court of Appeals of the State of Texas,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-02-CV-626
--------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Rodolfo Rivera Munoz appeals the dismissal of a federal case

seeking both habeas corpus relief and civil rights redress

against a wide-ranging group of defendants. Though he has

provided a comprehensive account of the subjugation of the

autochthonous peoples of the southwestern United States, he has

failed to address the bases for dismissal of his civil rights

claims and had thus abandoned those claims by his failure to

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

brief them.  <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987).  To the extent that Munoz argues that he is subjected to custody as a member of the subjugated native population, Munoz has failed to allege a factual basis sufficient to support a finding of particularized treatment or custody.  <u>See</u> <u>Campbell v. City of San Antonio</u>, 43 F.3d 973, 975 (5th Cir. 1995).  Therefore, the district court's dismissal of his complaint is AFFIRMED.